# USA v. Todd Eric Sisk
# Case No: 2:23-cr-015
# Index of Discovery #2-Provided August 9, 2023 via USAfx
# Bates Stamped from USAO-1 through USAO-4323

## *14 Twitter Return\BMindinmyown-1423716765939425280-2023-03-02-00-40-55-48693631*

| Name |
|---|
| 1423716765939425280-account-creation-ip.txt |
| 1423716765939425280-account-suspension.txt |
| 1423716765939425280-account-timezone.txt |
| 1423716765939425280-account.txt |
| 1423716765939425280-ageinfo.txt |
| 1423716765939425280-block.txt |
| 1423716765939425280-community-tweet.txt |
| 1423716765939425280-connected-application.txt |
| 1423716765939425280-contact.txt |
| 1423716765939425280-deleted-direct-messages-group.txt |
| 1423716765939425280-deleted-direct-messages.txt |
| 1423716765939425280-deleted-tweets.txt |
| 1423716765939425280-direct-messages-group.txt |
| 1423716765939425280-direct-messages.txt |
| 1423716765939425280-follower.txt |
| 1423716765939425280-following.txt |
| 1423716765939425280-ip-audit.txt |
| 1423716765939425280-like.txt |
| 1423716765939425280-mute.txt |
| 1423716765939425280-ni-devices.txt |
| 1423716765939425280-periscope-broadcast-metadata.txt |
| 1423716765939425280-phone-number.txt |
| 1423716765939425280-profile.txt |
| 1423716765939425280-protected-history.txt |
| 1423716765939425280-screen-name-change.txt |
| 1423716765939425280-smartblock.txt |
| 1423716765939425280-tweets.txt |
| 1423716765939425280-twitter-circle-tweet.txt |
| 1423716765939425280-verified.txt |
| declaration.txt |
| README.txt |
| A91k3xwiu_1tdt0fp_ig8.tmp |
| 1423716765939425280-account-timezone.pdf |
| 1423716765939425280-ageinfo.pdf |
| 1423716765939425280-community-tweet.pdf |
| 1423716765939425280-like.pdf |
| 1423716765939425280-connected-application.pdf |
| 1423716765939425280-deleted-direct-messages.pdf |
| 1423716765939425280-following.pdf |
| 1423716765939425280-deleted-direct-messages-group.pdf |
| 1423716765939425280-follower.pdf |
| 1423716765939425280-deleted-tweets.pdf |
| 1423716765939425280-direct-messages-group.pdf |
| 1423716765939425280-direct-messages.pdf |
| 1423716765939425280-contact.pdf |
| 1423716765939425280-mute.pdf |
| 1423716765939425280-ip-audit.pdf |
| 1423716765939425280-ni-devices.pdf |
| 1423716765939425280-periscope-broadcast-metadata.pdf |
| declaration.pdf |
| 1423716765939425280-phone-number.pdf |
| 1423716765939425280-profile.pdf |
| 1423716765939425280-protected-history.pdf |
| 1423716765939425280-screen-name-change.pdf |
| 1423716765939425280-block.pdf |
| 1423716765939425280-tweets.pdf |
| 1423716765939425280-twitter-circle-tweet.pdf |
| 1423716765939425280-verified.pdf |
| README.pdf |
| 1423716765939425280-smartblock.pdf |

1423716765939425280-account-creation-ip.pdf
1423716765939425280-account.pdf
A910av0ow_1tdt0fk_ig8.tmp
1423716765939425280-account-suspension.pdf

## 14 Twitter Return\Eric78324227-1410316058255314950-2023-03-02-00-40-55-48693632

Name
1410316058255314950-account-creation-ip.txt
1410316058255314950-account-suspension.txt
1410316058255314950-account-timezone.txt
1410316058255314950-account.txt
1410316058255314950-ageinfo.txt
1410316058255314950-block.txt
1410316058255314950-community-tweet.txt
1410316058255314950-connected-application.txt
1410316058255314950-contact.txt
1410316058255314950-deleted-direct-messages-group.txt
1410316058255314950-deleted-direct-messages.txt
1410316058255314950-deleted-tweets.txt
1410316058255314950-direct-messages-group.txt
1410316058255314950-direct-messages.txt
1410316058255314950-follower.txt
1410316058255314950-following.txt
1410316058255314950-ip-audit.txt
1410316058255314950-like.txt
1410316058255314950-mute.txt
1410316058255314950-ni-devices.txt
1410316058255314950-phone-number.txt
1410316058255314950-profile.txt
1410316058255314950-protected-history.txt
1410316058255314950-screen-name-change.txt
1410316058255314950-smartblock.txt
1410316058255314950-tweets.txt
1410316058255314950-twitter-circle-tweet.txt
1410316058255314950-verified.txt
declaration.txt
README.txt
declaration.pdf
1410316058255314950-protected-history.pdf
1410316058255314950-smartblock.pdf
1410316058255314950-tweets.pdf
1410316058255314950-account-suspension.pdf
1410316058255314950-follower.pdf
1410316058255314950-ni-devices.pdf
1410316058255314950-deleted-tweets.pdf
1410316058255314950-screen-name-change.pdf
1410316058255314950-ip-audit.pdf
1410316058255314950-mute.pdf
1410316058255314950-like.pdf
1410316058255314950-phone-number.pdf
1410316058255314950-profile.pdf
1410316058255314950-direct-messages.pdf
1410316058255314950-following.pdf
1410316058255314950-block.pdf
1410316058255314950-community-tweet.pdf
1410316058255314950-connected-application.pdf
1410316058255314950-contact.pdf
1410316058255314950-deleted-direct-messages.pdf
1410316058255314950-twitter-circle-tweet.pdf
1410316058255314950-verified.pdf
README.pdf
1410316058255314950-deleted-direct-messages-group.pdf
1410316058255314950-account-timezone.pdf
1410316058255314950-account.pdf
1410316058255314950-ageinfo.pdf
1410316058255314950-account-creation-ip.pdf
1410316058255314950-direct-messages-group.pdf